
*FILED*
CHARLOTTE, NC
DEC 01 2014
U.S. DISTRICT COURT
WESTERN DISTRICT COURT
DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **v.** | ) |
| | ) |
| FREDERICK TUCKER | ) |
| | ) |
| | ) |

Docket No. 3:14-cr-250

**ORDER SEALING
COMPLAINT AND OTHER
DOCUMENTS**

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 1st day of December 2014.


THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE