IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:14-mj-250 |
| v. | |
| FREDERICK TUCKER | **ORDER UNSEALING CRIMINAL COMPLAINT AND ARREST WARRANT** |

UPON MOTION of the United States of America for an order directing that the Criminal Complaint and the Arrest Warrant be unsealed, because the need to protect the secrecy of the on-going nature of the investigation no longer exists,

**IT IS HEREBY ORDERED** that the Criminal Complaint and the Arrest Warrant are hereby unsealed.

The Clerk is directed to certify a copy of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 4th day of December 2014.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE